■ THOMAS RAGLAND, Appellant, v LAURA RAGLAND, Respondent. — In an action for a separation, the plaintiff husband appeals from an order of the Supreme Court, Westchester County (Wood, J.), dated October 30, 1980, which granted defendant's motion to (1) vacate an ex parte order authorizing substituted service and (2) quash the service of the summons pursuant thereto. Order reversed, without costs or disbursements, motion denied and the order authorizing service pursuant to CPLR 308 (subd 5) is reinstated. Under the circumstances, the order providing for the personal service of the summons upon defendant's attorney, followed by mailing the summons to defendant's home and place of business, was appropriate. Hopkins, J. P., Damiani, Titone and Rabin, JJ., concur.

■ JACQUELINE SHERMAN, Respondent, v PETER GEORGOPOULOS, Appellant. — In an action, *inter alia,* to recover damages for fraud, misrepresentation, conversion, and moneys had and received, defendant appeals from a judgment of the Supreme Court, Suffolk County (McInerney, J.), entered December 9, 1980, which, after a nonjury trial, awarded the plaintiff the principal sum of $27,200. Judgment reversed, on the law, and new trial granted, with costs to abide the event. No findings of fact have been considered. The instant action concerns a dispute as to funds which had been deposited in a joint bank account in the name of the parties. Since the plaintiff sought to rebut the presumption that the joint bank account created a joint tenancy as to the funds deposited (see Banking Law, § 675; *Matter of Kleinberg v Heller,* 38 NY2d 836), the burden was upon her to introduce "direct proof to rebut the presumption that a valid joint tenancy had been intended and created [and/or] *** substantial circumstantial proof sufficient to support an inference that the joint account had been opened for convenience only" (see *Matter of Murphy,* 23 AD2d 866, 867). Inasmuch as the trial court erroneously assigned the burden of proof to the defendant, a new trial is required. Hopkins, J. P., Mangano, Rabin and Cohalan, JJ., concur.